**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03209-BNB

DEJUAN B. THORNTON-BEY,

    Plaintiff,

v.

F. CORDOVA, AHSA
T.W. HALL, AW
S. MOLINAR, R.N.,
H. REDDEN, SIS,
P. RANGEL, Acting SIA,
A. OSAGIE, PA, and
BOP, ET AL,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On February 6, 2014, Plaintiff filed a Motion for Extension of Time, ECF No. 10, to file a response to the Court's order to show cause, ECF No. 8. The Court grants Plaintiff up to and including March 10, 2014, to file a Response. No further extensions will be granted without just cause.

    The Court also grants Plaintiff's Motion (Notice) for Correction of Caption, ECF No. 9. The caption of this order has been modified to reflect the correct spelling of Defendants S. Molinar, R.N. and A. Osagie, PA.

Dated: February 11, 2014