IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03209-BNB

DEJUAN B. THORNTON-BEY

    Plaintiff,

v.

F. CORDOVA, AHSA,
T.W. HALL, AW,
S. MOLINAR, RN,
H. REDDEN, SIS,
P. RANGEL, Acting SIA,
A. OSAGIE, PA, and
BOP, et al.,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, DeJuan B. Thornton-Bey, currently is incarcerated at the United States Penitentiary, Florence ADMAX in Florence, Colorado. He initiated the instant action by submitting *pro se* a Prisoner Complaint (ECF No. 1) and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3). After initially granting Mr. Thornton-Bey's request to proceed *in forma pauperis*, the Court vacated this order and directed Mr. Thornton-Bey to show cause why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g). (*See* ECF No. 8).

    After granting Mr. Thornton-Bey's request for an extension of time to respond to the Order to Show Cause, Mr. Thornton-Bey failed to file a response within the time allowed. Accordingly, on March 21, 2014, the Court denied Mr. Thornton-Bey's request to proceed *in forma pauperis* and ordered Mr. Thornton-Bey to pay, within thirty days, the filing fee pursuant to 28 U.S.C. § 1914(a). (*See* ECF No. 12). Mr. Thornton-Bey

has failed to pay the filing fee or communicate in any way with the Court since February 6, 2014. Therefore, the action will be dismissed without prejudice for Mr. Thornton-Bey's failure to pay the required filing fee, and for his failure to prosecute.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Thornton-Bey files a notice of appeal he must also pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff, DeJuan B. Thornton-Bey, has failed to pay the required filing fee as directed, and because he has failed to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that any other pending motions are denied as moot.

DATED at Denver, Colorado, this  7th  day of    May         , 2014.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court