IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03209-BNB

DEJUAN B. THORNTON-BEY

    Plaintiff,

v.

F. CORDOVA, AHSA,
T.W. HALL, AW,
S. MOLINAR, RN,
H. REDDEN, SIS,
P. RANGEL, Acting SIA,
A. OSAGIE, PA, and
BOP, et al.,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 7, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 7th day of May, 2014.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/K Lyons
           Deputy Clerk